(November 21, 1895.)

# ARTHUR v. MOUNCE.

[42 Pac. 509.]

APPEAL—NEW TRIAL.—An appeal from an order granting a new trial must be taken within sixty days after the order is made and entered on the minutes of the court or filed with the clerk.

SAME—FILING AND SERVING NOTICE.—The appeal is taken by serving the notice of appeal on the adverse party or his attorney, and filing the same with the clerk. The order in which these acts are done is immaterial, but both must be done within the sixty days.

(Syllabus by the court.)

APPEAL for District Court, Nez Perces County.

James W. Reid, for Appellant.

No authorities cited on motion to dismiss.

James H. Forney, for Respondent.

An appeal is taken by filing with the clerk of the court in which the judgment or order appealed from is entered, a notice stating the appeal from the same or some specific part thereof, and serving a similar notice on the adverse party or his attorney. The order of service is immaterial. (Rev. Stats., sec. 4808.) The jurisdiction attaches on the compliance with the said section, and the record on appeal must show affirmatively a compliance with all the requirements of the statute. The record must affirmatively show that the notice of appeal was filed with the clerk below and served upon the adverse party or his attorney within the time required by statute. (*Tootle v. French,* 3 Idaho, 1, 25 Pac. 1091; *Clark v. Lowenberg,* 1 Idaho, 654.)

SULLIVAN, J.—This is an appeal from an order granting a new trial. The respondents move to dismiss the trial on the ground that it was not taken within the time prescribed by law. The order granting a new trial was made on the second day of January, 1895, and filed with the clerk on the twenty-seventh day of March, 1895. The notice of appeal bears date of May 25, 1895, and was filed with the clerk on that day, but was not

served on the respondent or his attorneys until the eleventh day of June, 1895, some seventy-five days after the order granting a new trial was filed with the clerk. Appeal from such orders must be taken within sixty days after the same is made and entered on the minutes of the court or filed with the clerk. (See Rev. Stats. 1887, sec. 4807.) The serving and filing of the notice of appeal must be done within the sixty days. The order in which said acts are performed is not material. The notice of appeal not having been served within the time prescribed by law, the appeal must be dismissed, and it is so ordered, with costs in favor of respondents.

Morgan, C. J., and Huston, J., concur.